**SCHLEIER LAW OFFICES, PC**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Email: brad@schleierlaw.com

Attorneys for Plaintiff Linda Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Jordan, a married person, | ) CV 11-402-PHX-ROS |
| | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT AND** |
| | ) **REQUEST FOR DISMISSAL OF** |
| Horizon Moving Systems, Inc., an Arizona corporation, | ) **MATTER WITH PREJUDICE** |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, by and through counsel hereby notifies the Court that the parties have reached a settlement in the above-captioned matter. Defendant has not filed a responsive pleading to the Complaint and has not made an appearance. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff requests this Court to dismiss with prejudice the above-captioned matter.

DATED this 31st day of March, 2011.

SCHLEIER LAW OFFICES, P.C.

s/ Tod F. Schleier
Tod F. Schleier
Attorney for Plaintiff

-1-

1  I hereby certify that on this 31st day of March, 2011, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF MATTER WITH PREJUDICE** with the U.S. District Court Clerk using the ECF system.

s/ Charolette A. Wilson

-2-